No. 1005. MARIFIAN *v.* UNITED STATES;
No. 1006. KOLAR *v.* SAME; and
No. 1007. FINK *v.* SAME. June 1, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the

Eighth Circuit denied. *Mr. Charles A. Lich* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.